UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK J. LURCH, | ) | |
| Petitioner, | ) | No. CV 07-5624-DSF (RCF) |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: 6/16/10

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE